371 A.2d 860
Commonwealth v. McFadden, Appellant.

Submitted March 22, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 860
Commonwealth v. Mehalschick, Appellant.

Submitted September 9, 1975. Chester A. Reybitz, for appellant; Robert A. Freedberg, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents.